UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFERY C. CLARK

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 00-956-JJB

**RULING ON REPORT AND RECOMMENDATION**

The court has carefully considered the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia Dalby, dated September 6, 2012 (doc. no. 54). The court has further considered the objection filed by defendants and the response filed by Clark.

The court finds that the magistrate judge has correctly cited and applied the law. The court finds no abuse of discretion in the magistrate judge's application of the factors relative to consolidation of cases. The five cases at hand are in different postures procedurally and involve separate factual analysis as to the individual claims of excessive force. Other discretionary factors play into this decision as well, as more fully explained by the magistrate judge. Therefore, the court approves and adopts the report and recommendation of the magistrate judge.

Accordingly, the motion (doc. 38) to consolidate is hereby DENIED.

Baton Rouge, Louisiana, September 27, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA