UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JEFFERY CLARK, ET AL.** : CIVIL ACTION NO: 00-956

**VERSUS** : DISTRICT JUDGE: JJB

**THE STATE OF LOUISIANA THROUGH** : MAGISTRATE: RLB
**THE DEPARTMENT OF PUBLIC SAFETY, ET AL.**
*************************************************************************

## MOTION TO COMPEL ENTRY UPON LAND

**MAY IT PLEASE THE COURT:**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, here comes, Plaintiff Jeffrey Clark with this Motion to Compel a Rule 34 Entry Upon Land  This action stems from beatings at Louisiana State Penitentiary. In order to give an opinion on the injuries to Mr. Clark's, it is critical that Plaintiff's expert, Dr. LeRoy Riddick, a pathologist, be able to review the premises where the beatings occurred. Defendants have opposed inspection of all but one building, based solely on an objection to relevancy. Mr. Clark respectfully moves this Court for entry of an order compelling the Defendants to permit Dr. Riddick, accompanied by Mr. Clark, to enter the relevant premises for inspection and other purposes as delineated in the Request including inspection of riot batons. Pursuant to Rule 37(a)(2)(B), Plaintiff certifies that he has attempted, in good faith, to resolve this discovery dispute without the Court's intervention.

Plaintiff also requests a reasonable award of attorney's fees for the cost of this motion.

Respectfully Submitted,

/s/ G. Ben Cohen
G. Ben Cohen, La. Bar No. 25370
LEAD COUNSEL
Blythe Taplin, La. Bar No. 32715
Mercedes Montagnes, La. Bar No. 33287

> 636 Baronne Street
> New Orleans, LA
> Tel:     (504) 529-5955
> Fax:    (504) 558-0378
> Email:  bcohen@thejusticecenter.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2015 a copy of the foregoing Plaintiff's **MOTION to COMPEL** was filed electronically with the Clerk of Court for the Middle District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

**/s/ G. Ben Cohen**