UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JEFFERY CLARK, ET AL.**                : CIVIL ACTION NO: 00-956

**VERSUS**                               : DISTRICT JUDGE: JJB

**THE STATE OF LOUISIANA THROUGH**       : MAGISTRATE: RLB
**THE DEPARTMENT OF PUBLIC SAFETY, ET AL.**
**************************************************************************

### PLAINTIFF'S REQUEST FOR ENTRY UPON LAND FOR INSPECTION

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Clark hereby requests that the Defendants permit Plaintiffs' expert, LeRoy Riddick, be allowed entry upon the premises defined below with his measurements tools for inspection and other purposes as delineated herein, on May 29, 2015 or a date to be mutually decided by the parties.

**Premises to be Inspected:**

a. All inside and outside of the buildings delineated in the complaint, including:

   1. The Education Building at Camp D

   2. The Sallyport at Camp D

   3. Cells at Camp J where Mr. Clark was held after the incident of December 28, 1999.

   4. Administrative or RC Building where any questioning or interrogations of Mr. Clark took place.

   5. The paths or roads between the various buildings.

b. Plaintiff further requests that he accompany Dr. Riddick in the tour in order to show him the location of the alleged activity.

**Requested Activities to be Performed on Premises, Include, but are not Limited to:**

a. Inspection, observation, and documentation with photographs and videotape of the premises and the facilities;

Respectfully Submitted:

**/s/ Mercedes Montagnes**
_____
**G. Ben Cohen, La. Bar No. 25370 (Lead Counsel)**
**Blythe Taplin, La. Bar No. 32715**
**Mercedes Montagnes, La. Bar No. 33287**
636 Baronne Street
New Orleans, LA
Tel:   (504) 529-5955
Fax:   (504) 558-0378
Email: mercedesm@thejusticecenter.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2015, a copy of the foregoing pleading was served upon all counsel of record, by email.

_____*/s Mercedes Montagnes*_____
MERCEDES MONTAGNES